358 A.2d 63
Sechan et ux., Appellants, v. Prior et al.

Argued April 13, 1976. Alan L. Carb, with him Seewald and Carb, for appellants; James P. MacFarlane, with him Harry K. McNamee, for appellees.

Judgment affirmed.

358 A.2d 88
Taylor, Appellant, v. Erie Insurance Exchange.

Argued April 15, 1976. William Jon McCormick, for appellant; William D. Phillips, for appellee.

Order affirmed.